**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **IN RE:  Maurilio Amorim and Abigail Amorim** ) | **Case No.  16-20032-AMN** |
| ) | **Chapter 13 Proceeding** |
| **Debtor** ) | **January 27, 2016** |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**ALL NOTICES AND PLEADINGS**

Andrew S. Cannella of the firm of Bendett & McHugh, P.C. hereby appears on behalf of **U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust** and requests that, pursuant to Bankruptcy Rule 2002(g), Andrew S. Cannella, Esq. of Bendett & McHugh, P.C. receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, conformed copies of orders, and any other documents or instruments filed in the above-captioned bankruptcy proceeding.  All such documents should be served upon the following:

> **Andrew S. Cannella, Esq.**
> **Bendett & McHugh, P.C.**
> **270 Farmington Avenue, Suite 171**
> **Farmington, CT  06032**

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, orders and notices and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex, telecopy, or otherwise, which affects the Debtor or the property of the Debtor.

Dated at Farmington, Connecticut this 27th day of January 2016.

By */s/ Andrew S. Cannella*
Andrew S. Cannella
Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 171
Farmington, CT  06032
Phone: (860) 677-2868
Fax: (860) 409-0626
Email: BKECF@bmpc-law.com

CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of January 2016, a copy of the foregoing was served to the following:

| | |
|---|---|
| Maurilio Amorim | Suzann L. Beckett, Esq. |
| and Abigail Amorim | Debtor's Attorney |
| Debtor | *Via Electronic Notice of Filing* |
| 207 Candlewyck Drive | |
| Newington, CT 06111 | |
| *Via First Class Mail* | U.S. Trustee |
| | Office of the U.S. Trustee |
| Molly T. Whiton, Esq. | *Via Electronic Notice of Filing* |
| Trustee | |
| *Via Electronic Notice of Filing* | |

By */s/ Andrew S. Cannella*
   Andrew S. Cannella
   Movant's Attorney
   Federal Bar No.ct13590
   Bendett & McHugh, P.C.
   270 Farmington Avenue, Suite 171
   Farmington, CT  06032
   Phone: (860) 677-2868
   Fax: (860) 409-0626
   Email: BKECF@bmpc-law.com